IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion DENIED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal No: 3:13-cr-00057 |
| | ) | MAGISTRATE GRIFFIN |
| DASHAWN LLOYD, | ) | |

### MOTION FOR TEMPORARY RELEASE FROM CUSTODY
### TO ATTEND FUNERAL

Comes now the Petitioner, Dashawn Lloyd, by and through his attorney Erik R. Herbert and respectfully requests this Honorable Court release the Defendant on his own recognizance from January 2, 2014 to January 4, 2014 to attend the funeral of his father. As grounds;

1. On December 24, 2013 the Defendant's father, Clarence Lloyd, passed away in Los Angeles, California.

2. The funeral is being held on January 3, 2014 at 1:00 pm at the Broadway Community Church located at 7329 South Broadway, Los Angeles California, 90003.

3. The Petitioner has a third party custodian, Sheteka Nicole Jennings, who would be accompanying the Petitioner from Nashville to California to attend the funeral and will return with him.

4. The Petitioner has researched several different flight options and requests this Court to allow him to fly from Nashville on January 2 at 2:45 pm to Los Angeles and return on January 4 at 4:05 pm. While the Defendant is in Los Angeles he will be staying at the Renaissance Los Angeles Airport Hotel which is located at 9620 Airport Boulevard, Los Angeles California, 90045.

5. The Defendant is willing to submit to whatever restrictions the Court requires to ensure compliance with this limited release order.  The Defendant is willing to wear a GPS monitoring device during this temporary release and comply with any other restrictions this court deems reasonable.

Wherefore the Petitioner respectfully requests this Honorable Court release him from custody on January 2, 2014 so he may attend his father's funeral in Los Angeles where he will return to custody on January 4, 2014 after returning from the funeral.

Respectfully submitted,

/s/ Erik R. Herbert_____
Erik R. Herbert  #018698
222 Fourth Ave., North, Suite 100
Nashville, TN  37219
Phone: (615) 255-9595

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been transmitted via the Court's electronic filing system to Assistant U. S. Attorney Lynne Ingram, 110 9th Ave., S. Suite A-961, Nashville, TN 37203 on this the 30h of December 2013.

/s/ Erik R. Herbert
Erik R. Herbert