**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Motion GRANTED.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **Criminal No: 3:13-cr-00057** |
| | ) | **JUDGE TRAUGER** |
| **DASHAWN LLOYD,** | ) | |

## MOTION TO CONTINUE TRIAL DATE

Comes now the Defendant, Dashawn Lloyd, by and through his attorney Erik Herbert and respectfully requests this Honorable Court continue the trial date in the above captioned case from February 4, 2014 to a later date convenient to Court and Counsel. In support thereof the defendant states as follows:

1. On December 2, 2013, this Court granted the defendant's unopposed Motion to Continue the Trial date and set this matter for trial on February 4, 2014 (DE 51). Counsel for Mr. Lloyd has a trial set on February 3, 2014 and February 5, 2014 in the matter of Massey v. Davis set in Williamson County in front of the Honorable Sharon Guffee. This trial has been set for several months and is a retrial of a matter that was tried in August 2013. Counsel believes that there is an extremely high likelihood this matter will go to trial.

2. Counsel is in settlement negotiations with the Government and is hopeful a resolution can be reached but securing a trial date that does not conflict with counsel's current trial schedule will help ensure counsel is ready for trial in the event an agreement is not reached.